[No. 25619.  *En Banc.*  August 13, 1935.]

THE HOME TELEPHONE AND TELEGRAPH COMPANY OF SPOKANE, *Respondent*, v. THE STATE TAX COMMISSION *et al., Appellants.*[1]

*The Attorney General* and *R. G. Sharpe, Assistant,* for appellants.

*McMicken, Ramsey, Rupp & Schweppe,* for respondent.

PER CURIAM—This is a companion case to that of *Pacific Tel. & Tel. Co. v. State Tax Commission, ante* p. 697, 48 P. (2d) 938. The two cases were presented at the same time, and upon the authority of the other case, the judgment in this case will be reversed and the cause remanded, with direction to the superior court to dismiss the action.